In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-215 CR


____________________



JOSEPH PAUL CEASAR, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 92292






 MEMORANDUM OPINION


 After a bench trial, the trial court convicted appellant Joseph Paul Ceasar of deadly
conduct as a repeat felony offender and assessed punishment at eighteen years of
confinement. Ceasar then filed this appeal. After the filing of the clerk's record and the
reporter's record, the parties filed a "Joint Motion to Remand to the Trial Court for a New
Trial," in which the State conceded that the trial court did not admonish Ceasar regarding
his purported waiver of a jury trial, and a written waiver of jury trial does not appear in
the record. This Court requested that the parties brief the issue of harm. See Johnson v.
State, 72 S.W.3d 346, 348 (Tex. Crim. App. 2002). The parties subsequently filed a
"First Amended Joint Motion to Remand to the Trial Court for a New Trial," in which the
State further conceded that the trial court's constitutional error affected a substantial right
of the defendant. See Tex. R. App. P. 44.2. 

 The State has conceded both error and harm. Therefore, we reverse the trial court's
judgment and remand this cause for further proceedings.

 REVERSED AND REMANDED.



 ____________________________

 HOLLIS HORTON

 Justice 


Opinion Delivered June 20, 2007 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.